888 730 8950

**Employee Earnings Report**

Payment Date From 08/01/2010 To 09/30/2010

### User Report Criteria Selections

| | |
|---|---|
| Report Subtitle: | |
| Starting Payment Date: | 08/01/2010 |
| Ending Payment Date: | 09/30/2010 |
| Employee(s): | Siegfried, Amie |
| Pay Group(s): | Anchor Lodge/Grace Managem |
| First Grouping: | No Selection |
| Second Grouping: | No Selection |
| Page Breaks: | None |
| Sort By: | Employee Name |
| Summary Option: | None |

**Grace Management Services, Inc.**
3905 Oberlin Ave.
Lorain, OH 44053

**Employee Earnings Report**
Payment Date From 08/01/2010 To 09/30/2010

**991135 Siegfried, Amie**
1239 Shaffer Dr. Apt. 19
Lorain, Ohio 44053

| SSN: 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 | Pay Status: Active | | Hire Date: 07/08/1996 |
|---|---|---|---|
| Primary Position: LPN 20 | | | Term Date: |

**Payment Date : 08/09/2010**

### Gross Pay

| Comp Code | Hrs/Units | Amount |
|---|---|---|
| Call Off PTO | 12.00 | 246.84 |
| Overtime | 6.00 | 185.13 |
| Regular | 75.25 | 1,547.90 |
| | 93.25 | 1,979.87 |

### Deductions

| Ded Code | EE Amount |
|---|---|
| 401KL | 96.18 |
| Dental | 16.25 |
| Lorain Municipal | 72.31 |
| LPN AD&D | 0.00 |
| LPN Life | 0.00 |
| Meals | 15.00 |
| Medical | 42.00 |
| OH Child Sup1 | 90.50 |
| OH Child Sup2 | 237.33 |
| Vision Only | 5.00 |
| | 574.57 |

### Net Pay

| Payment Type | Payment Amount |
|---|---|
| | 1,025.98 |

**Payment Date : 08/23/2010**

October 07, 2010 at 3:23:08PM                    Page 1 of 4

**Grace Management Services, Inc.**
3905 Oberlin Ave.
Lorain, OH 44053

**Employee Earnings Report**
Payment Date From 08/01/2010 To 09/30/2010

**991135 Siegfried, Amie**
1239 Shaffer Dr. Apt. 19
Lorain, Ohio 44053

| SSN: 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 | Pay Status: Active | | Hire Date: 07/08/1996 |
|---|---|---|---|
| Primary Position: LPN 20 | | | Term Date: |

### Gross Pay

| Comp Code | Hrs/Units | Amount |
|---|---|---|
| Overtime | 7.50 | 231.41 |
| PTO | 12.00 | 246.84 |
| Regular | 52.50 | 1,079.94 |
| | 72.00 | 1,558.19 |

### Deductions

| Ded Code | EE Amount |
|---|---|
| 401KL | 96.18 |
| Dental | 16.25 |
| Lorain Municipal | 0.00 |
| LPN AD&D | 0.00 |
| LPN Life | 0.00 |
| Meals | 5.00 |
| Medical | 42.00 |
| OH Child Sup1 | 90.50 |
| OH Child Sup2 | 237.33 |
| Vision Only | 5.00 |
| | 492.26 |

### Net Pay

| Payment Type | Payment Amount |
|---|---|
| | 808.30 |

**Payment Date : 09/03/2010**

### Gross Pay

| Comp Code | Hrs/Units | Amount |
|---|---|---|
| Overtime | 15.50 | 487.78 |
| Regular | 80.00 | 1,678.42 |
| Retro Pay | 1.00 | 100.66 |
| | 96.50 | 2,266.86 |

### Deductions

| Ded Code | EE Amount |
|---|---|
| 401KL | 96.18 |
| Dental | 16.25 |
| Lorain Municipal | 120.29 |
| LPN AD&D | 0.00 |
| LPN Life | 0.00 |
| Meals | 12.50 |
| Medical | 42.00 |
| OH Child Sup1 | 90.50 |
| OH Child Sup2 | 237.33 |
| Vision Only | 5.00 |
| | 620.05 |

### Net Pay

| Payment Type | Payment Amount |
|---|---|
| | 1,172.43 |

**Payment Date : 09/20/2010**

**Grace Management Services, Inc.**
**3905 Oberlin Ave.**
**Lorain, OH 44053**

**Employee Earnings Report**

Payment Date From 08/01/2010 To 09/30/2010

**991135 Siegfried, Amie**
1239 Shaffer Dr. Apt. 19
Lorain, Ohio 44053

| SSN: 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 | Pay Status: Active | | Hire Date: 07/08/1996 |
|---|---|---|---|
| Primary Position: LPN 20 | | | Term Date: |

### Gross Pay

| Comp Code | Hrs/Units | Amount |
|---|---|---|
| Holiday Pay | 12.00 | 251.76 |
| Overtime | 14.75 | 464.18 |
| Regular | 80.00 | 1,678.41 |
| | 106.75 | 2,394.35 |

### Deductions

| Ded Code | EE Amount |
|---|---|
| 401KL | 96.18 |
| Dental | 16.25 |
| Lorain Municipal | 139.69 |
| LPN AD&D | 0.00 |
| LPN Life | 0.00 |
| Meals | 17.50 |
| Medical | 42.00 |
| OH Child Sup1 | 90.50 |
| OH Child Sup2 | 237.33 |
| Vision Only | 5.00 |
| | 644.45 |

### Net Pay

| Payment Type | Payment Amount |
|---|---|
| | 1,225.64 |

## Grand Totals

### Gross Pay

| Comp Code | Hrs/Units | Amount |
|---|---|---|
| Call Off PTO | 12.00 | 246.84 |
| Holiday Pay | 12.00 | 251.76 |
| Overtime | 43.75 | 1,368.50 |
| PTO | 12.00 | 246.84 |
| Regular | 287.75 | 5,984.67 |
| Retro Pay | 1.00 | 100.66 |
| Total | 368.50 | 8,199.27 |

### Deductions

| Ded Code | EE Amount |
|---|---|
| 401KL | 384.72 |
| Dental | 65.00 |
| Lorain Municipal | 332.29 |
| LPN AD&D | |
| LPN Life | |
| Meals | 50.00 |
| Medical | 168.00 |
| OH Child Sup1 | 362.00 |
| OH Child Sup2 | 949.32 |
| Vision Only | 20.00 |
| Total | 2,331.33 |

October 07, 2010 at 3:23:08PM

**Grace Management Services, Inc.**
3905 Oberlin Ave.
Lorain, OH 44053

**Employee Earnings Report**

Payment Date From 08/01/2010 To 09/30/2010

| Net Pay | |
|---|---|
| | **Payment Totals** |
| | **$4,232.35** |